USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YANET VARGAS,

                              Plaintiff,

                -against-

COMMISSIONER OF SOCIAL SECURITY,

                             Defendant.
-----------------------------------------------------------------X

16-CV-03385 (VSB) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On March 20, 2019, the Honorable Vernon S. Broderick ordered that this case be remanded for further proceedings. ECF No. 31. At that time, Judge Broderick instructed that the parties "may apply to reopen the case upon the filing of additional or modified findings of fact and a decision vacating, modifying, or affirming the Commissioner's prior case." Id. This case was then closed. On July 13, 2021, with no accompanying application to reopen the case, the Commissioner filed a new certified administrative record. See ECF No. 32.

Accordingly, no later than July 21, 2021, the parties shall file a joint letter addressing the status of the case and whether they seek to reopen the matter. To the extent any party intends to file a motion, the parties shall propose a reasonable schedule.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 15, 2021
                New York, New York