UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YANET VARGAS,

                                        Plaintiff,                          16-CV-03385 (VSB)(SN)

        -against-                                                    **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                                     Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On September 17, 2021, the Court granted Plaintiff's motion for an extension of time to file her motion for judgment on the pleadings. ECF 39. Plaintiff was directed to file her motion by September 23, 2021. The motion is now overdue. Plaintiff is ordered to file her motion and accompanying papers by October 5, 2021, or show cause why she is unable to do so.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:     New York, New York
                September 28, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/2021