USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

YANET VARGAS,

                      Plaintiff,

      -against-

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.

-------------------------------------------------------------X

16-CV-03385 (VSB)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      In light of Plaintiff's filing of her motion for judgment on the pleadings on October 5, 2021, Defendant's deadline to file her opposition and cross-motion for judgment on the pleadings is extended to November 4, 2021. Plaintiff's reply shall be filed by November 29, 2021, and Defendant's reply shall be filed by December 13, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
               October 6, 2021